# CLERK'S MINUTE SHEET
## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable John F. Robbenhaar

Show Cause/Detention Hearing

| Case Number: | 22-CR-2056 MLG | UNITED STATES vs. Tribble | |
|---|---|---|---|
| Hearing Date: | 6/1/2023 | Time In and Out: | 1:32 p.m./2:54 p.m. 3:18 p.m./3:25 p.m. |
| Courtroom Deputy: | K. Hernandez de Sepulveda | Courtroom: | Hondo |
| Defendant: | Michael Tribble | Defendant's Counsel: | Devon Fooks |
| AUSA: | Thomas Aliberti | Pretrial/Probation: | Mike Adolph |
| Interpreter: | N/A | Witness: | Mike Adolph, US Probation Officer |

### Initial Appearance

| | |
|---|---|
| ☐ | Defendant received a copy of charging document |
| ☐ | Court advises defendant(s) of possible penalties and all constitutional rights |
| ☐ | Defendant |

| | | | |
|---|---|---|---|
| ☐ | Government moves to detain | ☐ | Government does not recommend detention |

| | | | | |
|---|---|---|---|---|
| ☐ | Set for | on | | @ |

### Preliminary/Show Cause/Identity

| | | | |
|---|---|---|---|
| ☐ | Defendant | | |
| ☒ | Court finds probable cause as to condition 7(j) | ☒ | Court does not find probable cause as to conditions 7(b) & 7(c) |

### Detention

| | |
|---|---|
| ☐ | Defendant waives right to contest detention |
| ☒ | AUSA defers to probation; USPO Mike Adolph addresses the court, probation recommends detention and mental health evaluation; defense proffers; court questions defense counsel; defense counsel responds; court findings; defense further addresses the court; court takes a brief recess; defense addresses the court, discusses release to Darrin's place; defense requests continuance of detention portion of hearing; court grants continuance; court will reschedule detention hearing via separate notice. |

### Custody Status

| | | |
|---|---|---|
| ☒ | Defendant detained pending hearing | |
| ☐ | Conditions | |

### Other

| | |
|---|---|
| ☐ | Defendant waives personal presence at hearing/Court accepts Defendant's waiver |
| ☐ | Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so. |
| ☐ | Matter referred to ____ for Final Revocation Hearing |
| ☒ | Government calls United States Probation Officer Mike Adolph, sworn, direct; cross; redirect; witness excused; defense calls Michael Tribble, sworn, direct; cross; witness excused; AUSA closing; defense closing; court findings |